USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

RECEIVED

JAN 3 1 2014

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

In the United States District Court

for the _____ DISTRICT OF   MINNESOTA

UNITED STATES OF AMERICA

V.

PAUL CALDER LE ROUX

CRIMINAL NUMBER:

14 - CR - 16 (JRT)

14 CRIM 075

FILED UNDER SEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/14

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Paul Calder Le Roux _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the _____ Southern _____ District of New York _____ in which I, Paul Calder Le Roux, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 12-30 20 12 at 14 14

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

_____
*(Assistant United States Attorney)*

A true printed copy in 1 sheet(s)
of the electronic record filed on 1-31-14,
in the United States District Court
for the District of Minnesota.
CERTIFIED, 2-3, 2014.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

Approved

_____
United States Attorney for the
_____ District of
Minnesota    1/17/2014

Preet Bharara
_____
United States Attorney for the
Southern _____ District of
New York

SCANNED

FEB 0 3 2014

U.S. DISTRICT COURT ST. PAUL