The Law Office of
James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

July 17, 2019

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States v. Paul Calder LeRoux, 12 Cr. 489 (RA) (SDNY); United States v. Paul Calder LeRoux, 14 Cr. 75 (RA) (D. Minn)

Dear Judge Abrams:

    I was recently retained by the defendant Mr. LeRoux in the above-referenced matters and filed notices of appearance on July 15, 2019. I have spoken with outgoing counsel, Jessica Ortiz, and she agreed to forward Mr. LeRoux's file and, in fact, did so yesterday. I learned from her that the presentence report (PSR) issued on July 12, 2019.

    I write to request an adjournment of both the time to respond to the PSR and the sentencing date. As to the PSR, instead of 14 days from July 12, I simply seek one month, until August 12 to file any comments and objections. As to the sentencing date, I seek a date in mid-October.

    I make these requests because I need to become familiar with the file and because Mr. LeRoux has indicated that there are materials he deems important to the sentencing that are not part of Ms. Ortiz's file or the docket. I have his consent to request these adjournments and the government, as per AUSA Rebekah Donaleski, does not object. As far as I know, this is the first request for an adjournment.

Respectfully submitted,

James M. Branden