<div style="text-align:center">
The Law Office of<br>
James M. Branden<br>
551 Fifth Avenue<br>
New York, New York 10176<br>
Tel. 212-286-0173<br>
Fax 212-286-0495
</div>

July 18, 2019

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States v. Paul Calder LeRoux, 12 Cr. 489 (RA) (SDNY); United States v. Paul Calder LeRoux, 14 Cr. 75 (RA) (D. Minn)

Dear Judge Abrams:

    I represent Mr. LeRoux in the above-referenced matters and yesterday I filed a request to adjourn, *inter alia*, the sentencings until mid-October. Later in the day, I received a telephone message from Linda Marks, who is the government's lead counsel in the 14 Cr. 75 (RA) matter referenced above, whom I have not met or spoken to directly. She said that she did not oppose the requested adjournment but she requested that the sentencing be adjourned until October 21 or later because she would be out of the country the week of October 14, 2019.

    Accordingly, I am modifying my July 17 request and now request that the sentencings be adjourned until October 21, 2019 or later.

<div style="margin-left:50%">
Respectfully submitted,<br>
*/s/ James M. Branden*<br>
James M. Branden
</div>