The Law Office of<br>
James M. Branden<br>
551 Fifth Avenue<br>
New York, New York 10176<br>
Tel. 212-286-0173<br>
Fax 212-286-0495

**MEMO ENDORSED**

August 9, 2019

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/19
```

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: United States v. Paul Calder LeRoux, 12 Cr. 489 (RA) (SDNY); United States v. Paul Calder LeRoux, 14 Cr. 75 (RA) (D. Minn)

Dear Judge Abrams:

    In mid-July, I was retained by the defendant, Mr. LeRoux, in the above-referenced matters. Shortly thereafter, I moved to adjourn the dates by which objections to the Pre-Sentence Report ("PSR") are due and the sentencing. The Court granted that request and objections to the PSR are due on August 12, 2019 and the sentencing was adjourned to October 25, 2019.

    I have met with Mr. LeRoux with regard to the PSR and I have begun to read through the file forwarded to me by prior counsel, a portion of which I only received yesterday. Unfortunately, that review is not yet complete and I need additional time to meet with Mr. LeRoux. Accordingly, and with the Government's consent (as per AUSA Rebekah Donaleski), I seek two more weeks to file objections to the PSR (August 26, 2019). I am not seeking to adjourn the sentencing.

Respectfully submitted,<br>
<br>
James M. Branden

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 9, 2019