MEMO ENDORSED

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/19
```

The Law Office of
James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

October 10, 2019

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   United States v. Paul Calder LeRoux, 12 Cr. 489 (RA)
>       (SDNY); United States v. Paul Calder LeRoux, 14 Cr. 75
>       (RA) (D. Minn)

Dear Judge Abrams:

In mid-July, I was retained by the defendant, Mr. LeRoux, in the above-referenced matters. Shortly thereafter, I moved to adjourn the dates by which objections to the Pre-Sentence Report ("PSR") were due and the sentencing. The Court granted that request and objections to the PSR were due on August 12, 2019 and the sentencing was adjourned to October 25, 2019.

Objections to the PSR have been filed but the parties are still discussing various matters pertaining to the sentencing and need more time to do so. With the consent of the government, I request that the sentencing be adjourned to the second week of December, any day but Thursday, December 12, which is to say, the parties are available December 9, 10, 11 or 13.

Respectfully submitted,

James M. Branden

Application granted. The sentence
is adjourned to December 11, 2019 at
1:00 p.m.

SD DRDERED.

Ronnie Abrams, U.S.D.J.
October 11, 2019