

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

<br>

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2019

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/19
```

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  **United States v. Paul Calder LeRoux, S2 12 Cr. 489 (RA)**

Dear Judge Abrams:

The Government writes with the consent of defense counsel to respectfully request an adjournment of the sentencing currently scheduled for December 11, 2019, to February 27, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  _____/s/_____
Emil J. Bove III
Rebekah Donaleski
Michael D. Lockard
Assistant United States Attorneys
(212) 637-2444/2423

Cc:  James Branden, Esq. (by ECF)

---

Application granted. The sentence is adjourned to February 27, 2020 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 19, 2019