# EXHIBIT A

<mark segment - the page is essentially all redactions.

