# EXHIBIT QQ

12/3/2019
Case 1:14-cr-00075-RA   Document 17-43   Filed 06/07/20   Page 2 of 5
South African coordinates Rio scheme in 40 countries of drug and arms trafficking - 12/26/2013 - Daily life - Folha de S.Paulo

# FOLHA DE S.PAULO

# South African coordinates Rio scheme in 40 countries for drug and arms trafficking

**MARCO ANTÔNIO MARTINS**
OF SAO PAULO

12/26/2013 3:00 AM

It was after 11:30 pm on May 19, 2012 when a couple and their five-year-old daughter landed at Rio's Galeão International Airport. At first glance, just another businessman on a family vacation.

"I brought the family to see the city," a relaxed Paul Calder Le Roux, 43, told inspectors.

In fact, Le Roux was returning to Brazil to consolidate what had begun in November 2011: set up in Rio the base of the "multinational" present in 40 countries and specializing in cocaine trafficking, weapons, explosives and the sale of prescription drugs via the internet. .

The arrival of South African Le Roux in Brazil triggered an operation with police from Brazil, USA, Australia and Hong Kong, to arrest an international criminal.
It took two years of investigations until his arrest in September 2012 in Liberia, West Africa. Le Roux's variety of erratic business earned him the nickname "Lord of Crime."

Taken to Washington, where he is in the process, Le Roux made a settlement with the court, took prisoners in Australia, Hong Kong, the Philippines and the United States to prison and exchanged the death penalty for 25 years in prison.

With their testimonies, lawsuits have been filed which are also under secret in Brazil, Australia, Hong Kong and the Philippines.

Art Publishing / Folhapress

## TENTÁCULOS DO CRIME
Mapa mostra ações relacionadas ao sul-africano Paul Calder Le Roux

| Estados Unidos | Holanda | Israel | Hong Kong | Filipinas |
|---|---|---|---|---|
| Esquema de venda de medicamentos pela internet. Para isso, contrata grupo de médicos que atestam os pedidos de drogas proibidas | Investe o dinheiro obtido nos negócios pelo mundo na compra de três casas | Lava o dinheiro obtido com a venda de drogas. Também vende medicamentos no país pela internet | A polícia apreende 20 toneladas de substâncias explosivas em um carregamento. São encontrados mais de US$ 3,5 milhões em contas bancárias | Barcos levam para o país produtos eletrônicos e drogas que partem de Hong Kong. Possui várias contas em bancos de Manila, capital das Filipinas. A polícia apreendeu pistolas e rifles avaliados em US$ |

12/3/2019  South African coordinates Rio scheme in 40 countries of drug and arms trafficking - 12/26/2013 - Daily life - Folha de S.Paulo

Case 1:14-cr-00075-RA   Document 17-43   Filed 06/07/20   Page 3 of 5



2 milhões

**Colômbia**
União com o cartel do Valle del Cauca. Compra sonar para submarino que transporta cocaína

**Panamá**
Recebe cocaína em barcos que saem da Flórida (EUA)

**Somália**
Investiu em milícias privadas, tráfico de armas e narcóticos

**Zimbábue**
Atua no tráfico de armas com apoio de um israelense ligado ao ex-presidente Robert Mugabe

**Equador**
Corrupção de agentes da guarda costeira local e transporte de cocaína para as Filipinas de barco

**Brasil (Rio)**
Monta base no país com empresa de fachada. Em três meses, traz ao menos US$ 1 milhão para o país irregularmente

**Libéria**
Contrata e leva para o país um químico responsável pela produção de metanfetamina, que depois é enviada para os Estados Unidos

**Austrália**
Barcos chegam na costa do país com carregamentos de cocaína vindos de Hong Kong. Um carregamento com 150 quilos de ouro foi apreendido em dezembro do ano passado

Reprodução

Imagem de Paul capturada por câmeras do aeroporto do Galeão, no Rio

Iate Jereve, que naufragou com um carregamento perto da costa da ilha de Tonga

Fonte: DEA (agência norte-americana de combate às drogas)

**BARBITURES**

In the documents to which **Folha** had access in the US file, drug officials reported that Le Roux set up RX Limited and opened bank accounts in several countries for the sale of prescription drugs via the web.

The scheme has American doctors, hired to legitimize requests from people who, without a prescription, buy psychotropic and barbiturates. Some such as Ultram or Fioricet, banned by Anvisa (National Health Surveillance Agency), were sold to Brazil.

Suspecting that he was being investigated, Le Roux, who lived in Washington and Manila (Philippines), moved to Brazil. The first trip took place in October 2011. The second trip in February 2012. Three months later, he returned with his family and stayed until August 2012.

His name was already being investigated by police around the world on suspicion of being a supplier of weapons to militias in African countries, but the irregular business in the United States caught the attention of authorities in several countries.

## FACADE

In downtown Rio, he started a shell company, Rainbow Force, to develop custom computer programs.

Although active in the IRS, it never got to work. Both Le Roux and people in his group never came to the site. The South African bought two luxury apartments in Barra da Tijuca, west side.

In one of them, in the Waterways condominium, lived with him his wife (Filipino Cindy Cayanan), the child, and a nanny. After her husband's arrest, the wife returned to the Philippines.

At Barrabella Condo, she held meetings and saw her lover, an unemployed young woman from Rainbow, with whom she has a child.

Three Israelis took care of Le Roux's business in Rio. In two months they brought to the country, without a statement to the IRS, $ 1 million.

## SANDALS

Between February and August 2012, Le Roux was observed by investigators in shopping malls and public places in Rio de Janeiro, always in shorts and sandals.

He opened bank accounts in Rio, paid bribes to Ecuadorian police and coast guard agents, and negotiated with Colombian traffickers.

From a mall in Barra, he articulated the departure of two boats from Ecuador, each with 200 kilos of cocaine. One would go to the Philippines and one to Australia.

To avoid telephone interceptions, Le Roux and the Israelis used satellite phones to hire two Czech citizens to carry the charges. The two stayed in Rio
before heading to Ecuador.

The cargo to the Philippines has reached its destination. On its way to Australia, the 13-meter-long Jereve yacht sank during a storm off the coast of Tonga, South Pacific. The shipment was valued at $ 240 million.

Thanks to testimonials from Le Roux, $ 3.5 million in accounts were seized in Hong Kong. In Brazil, the Israelis who supported him are under investigation for collaboration with the

trafficking.

## Page Address:

http://www1.folha.uol.com.br/cotidiano/2013/12/1390050-sul-africano-coordenava-do-rio-esquema-em-40-petres-de-trafico-de-drogas-e-guns.shtml

Copyright Folha de S. Paulo. All rights reserved. Reproduction of the contents of this page in any form of communication, electronic or printed, without the written permission of Folha de S. Paulo is prohibited.