# THE LAW OFFICE OF JEFF CHABROWE

261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910

July 23, 2020
via ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *United States v. Leroux*; 12-cr-489; 14-cr-75 (RA)

Dear Judge Abrams,

    We write on behalf of our client, Paul Calder Leroux, in reference to the above matter. An additional sentencing hearing is currently scheduled for tomorrow, July 24, 2020, at 9:00 a.m. to clarify the breakdown of Mr. Leroux's sentence on record. We respectfully request that this hearing be adjourned until August 23, 2020 or thereafter.

    Mr. Leroux respectfully requests that he be allowed to attend the additional hearing to clarify his sentence. However he is unable to attend the hearing as scheduled for tomorrow morning. As has been detailed for this court, Mr. Leroux has serious health conditions. On Wednesday, July 22, 2020, Mr. Leroux submitted a medical form at his facility stating he was suffering from severe pain behind his right eye related to his Exophoria condition. He has lost control of his right eye due to the condition, cannot concentrate focus, is in severe pain, and cannot see properly. He is seeking pain medication and surgery and is scheduled to see a specialist. He is incapacitated and asks that the hearing be delayed for one month so that he may attend.

    Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Paul Calder Leroux*
cell 917-529-3921
email jeff@chabrowe.com

No later than July 27, 2020, the parties shall confer and file a joint letter proposing alternative dates for the hearing to clarify Mr. LeRoux's sentence.

SO ORDERED.

Hon. Ronnie Abrams
7/23/2020