# THE LAW OFFICE OF JEFF CHABROWE

261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910

July 27, 2020
via ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Leroux*; 12-cr-489; 14-cr-75 (RA)

Dear Judge Abrams,

Per the Court's order, dated July 23, 2020, the government and defense counsel have met and conferred. The parties jointly propose Thursday, August 20, 2020, as the alternative date for the additional sentencing hearing.

Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Paul Calder Leroux*
cell 917-529-3921
email jeff@chabrowe.com

cc: Assistant United States Attorney Michael Lockard (via ECF)

Application granted.  The sentence is scheduled for August 20, 2020 at 9:00 a.m. and will be held by video conference.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 28, 2020