**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:**
United States
v.
Leroux

**DOCKET NUMBER:**
12-cr-489 (RA); 14-cr-75 (RA)

**COUNSEL'S NAME:**
Jeffrey Chabrowe, Esq.

**COUNSEL'S ADDRESS:**
261 Madison Ave. 12th Floor

New York, NY 10016

**COUNSEL'S PHONE:**
(917) 529-3921

RECEIVED

JUN 3 0 2020

S.D.N.Y. - APPEALS

## QUESTIONNAIRE

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript.  Reason:  [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings:_____
(Description & Dates)

[ ] Trial:_____
(Description & Dates)

[✓] Sentencing:  Sentenced on June 12, 2020 before Judge Ronnie Abrams
(Description & Dates)

[ ] Post-trial proceedings:_____
(Description & Dates)

I, Jeffrey Chabrowe, Esq._____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with  FRAP 10(b).

Method of payment:  [✓] Funds  [ ] CJA Form 24

_____
Counsel's Signature

6/26/2020
Date

## TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

## ACKNOWLEDGMENT

Date order received: _____

Estimated Number of Pages: _____

Estimated completion date: _____

_____
Court Reporter's Signature

_____
Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the
Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.