Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York


RECEIVED
JUN 30 2020
S.D.N.Y. - APPEALS

Caption:
United States
v.
Leroux

Docket No.: 12-cr-489; 14-cr-75 (RA)
Judge Ronnie Abrams
(District Court Judge)

Notice is hereby given that **defendant Paul Calder Leroux** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other _____
(specify)
entered in this action on _____
(date)

This appeal concerns: Conviction only | ___ Sentence only | ✔ Conviction & Sentence | ___ Other | ___

Defendant found guilty by plea | ✔ | trial | | N/A |

Offense occurred after November 1, 1987? Yes | ✔ No [ N/A [

Date of sentence: **June 12, 2020** N/A | |

Bail/Jail Disposition: Committed | ✔ Not committed | | N/A |

Appellant is represented by counsel? Yes ✔ | No | If yes, provide the following information:

Defendant's Counsel: Jeffrey Chabrowe, Esq.
Counsel's Address: 261 Madison Ave. 12th Floor
New York, NY 10016
Counsel's Phone: (917) 529-3921

Assistant U.S. Attorney: Michael Dennis Lockard
AUSA's Address: One Saint Andrews Plaza
New York, NY 10007
AUSA's Phone: (212) 637-2527

Signature