# THE LAW OFFICE OF JEFF CHABROWE

*261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910*

August 18, 2020
via ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *United States v. Leroux*; 12-cr-489; 14-cr-75 (RA)

Dear Judge Abrams,

We represent defendant Paul Calder Leroux in the above matters. We are currently scheduled for an additional sentencing hearing on August 20, 2020 at 9:00 a.m. We respectfully request that this hearing be adjourned until September 9, 2020 or thereafter.

I have an appearance in Cortlandt Town Court in Westchester County on Thursday, August 20, 2020 at 9:00 a.m. My client, Matthew Kulers, is currently incarcerated at Westchester Correctional Facility. Mr. Kulers will be pleading guilty and receiving time served. He needs to plea on Thursday, August 20, in order to be sentenced Friday, August 21, on a probation violation in Dutchess County. I will then be away for the next two weeks.

Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Paul Calder Leroux*
cell 917-529-3921
email jeff@chabrowe.com

Application granted.  The sentencing is hereby adjourned to September 10, 2020 at 9 AM and will be held via video conference.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 19, 2020