Criminal Notice of Appeal - Form A

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** Oct 02 2020

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York _____

Caption:

United States
_____ v.

Leroux
_____

Docket No.: 14 Cr. 75

Hon. Ronnie Abrams

(District Court Judge)

Notice is hereby given that Paul Calder Leroux _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment |✔|, other |_____

entered in this action on 9/10/2020 _____.                                                  (specify)

                                     (date)


This appeal concerns: Conviction only |___|   Sentence only |✔|   Conviction & Sentence |___|   Other |___|

Defendant found guilty by plea |✔| trial |___| | N/A |___|  .

Offense occurred after November 1, 1987?   Yes |✔| No |___| N/A |___|

Date of sentence: June 12, 2020 _____   N/A |___|

Bail/Jail Disposition: Committed |✔|   Not committed |___|   N/A |___|


Appellant is represented by counsel?   Yes |✔| No |___|   If yes, provide the following information:

Defendant's Counsel:   Jeffrey Chabrowe, Esq.

Counsel's Address:   261 Madison Ave. 12th Floor

New York, NY 10016

Counsel's Phone:   (917) 529-3921

Assistant U.S. Attorney:   AUSA Michael Lockard

AUSA's Address:   One Saint Andrew's Plaza

New York, NY 10007

AUSA's Phone:   (212) 637-2193

_____
Signature