**MANDATE**

N.Y.S.D. Case # 14-cr-0075(RA)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-two,

Before:   Denny Chin,
          Raymond J. Lohier, Jr.,
          Beth Robinson,
             *Circuit Judges,*
_____

United States of America,

      Appellee,

v.

Paul Calder Leroux, AKA Johan Smit,

      Defendant - Appellant.
_____

**JUDGMENT**

Docket Nos. 20-2184(L), 20-3410(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 27 2022

The appeals in the above captioned case from judgments of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/27/2022